AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thompson , Myron H. | 2. Court or Organization<br><br>USD/MD/Alabama | 3. Date of Report<br><br>05/16/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>One Church Street<br>P. O. Box 235<br>Montgomery, AL 36101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Montgomery Academy School |
| 2. Member | Yale Law & Policy Review Advisory Board |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Thompson , Myron H.**

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/16/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Beth Israel Synagogue | 01/14/2010 to 01/15/2010 | Portland, OR | Speech | Food, lodging, and transportation |
| 2. | American College of Trial Lawyers | 02/05/2010 to 02/07/2010 | Sea Island, GA | Speech | Food, lodging, and transportation |
| 3. | NYU Law School | 03/26/2010 to 03/28/2010 | New York, Ny | Speech | Food, lodging, and transportation |
| 4. | Berkeley Law School | 04/15/2010 to 04/16/2010 | San Francisco, CA | Speech | Food, lodging, and transportation |
| 5. | Stanford Law School | 04/17/2010 to 04/18/2010 | Palo Alto, CA | Speech | Food, lodging, and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/16/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Faulkner University Jones School of Law | 05/21/2010 to 05/22/2010 | Montgomery, AL | Speech | Transportation |
| 7. | Just the Beginning Foundation | 09/30/2010 to 10/03/2010 | Atlanta, GA | Meeting | Food, lodging, and transportation |
| 8. | New York City Bar Assoc., The Vance Center | 11/02/2010 to 11/05/2010 | Buenos Aires, Argentina | Speech | Food, lodging, and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/16/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. House site ▓▓▓▓▓ Elmore County, AL | | None | L | W | | | | | |
| 2. UBS (IRAs▓▓): Liquid Asset | A | Interest | J | T | | | | | |
| 3. "":CitiGroup (common) | A | Dividend | J | T | | | | | |
| 4. "":General Electric (common) | A | Dividend | | | Sold | 03/16/11 | J | | |
| 5. "":ALCOA, Inc. (common) | A | Dividend | | | Sold | 03/02/10 | J | | |
| 6. "":Amer Electric Power Co. (common) | A | Dividend | | | Sold | 01/21/10 | J | | |
| 7. "":Apple, Inc. (common) | A | Dividend | J | T | | | | | |
| 8. "":Bank of Amer Corp (common) | A | Dividend | | | Sold | 01/15/10 | J | | |
| 9. "":BP PLC SPON ADR (common) | A | Dividend | | | Sold | 04/29/10 | J | | |
| 10. "":China Yuchai Intl Ldt Ord (common) | A | Dividend | J | T | | | | | |
| 11. "":Chiquita Brands (common) | A | Dividend | | | Sold | 09/24/10 | J | | |
| 12. "":Companhia De Saneamento (common) | A | Dividend | | | Sold | 02/08/11 | J | | |
| 13. "":Gilead Sciences (common) | A | Dividend | | | Sold | 02/08/11 | J | | |
| 14. "":Goldman Sachs (common) | A | Dividend | | | Sold | 05/18/10 | J | | |
| 15. "":Hartford Fincl. Services (common) | A | Dividend | | | Sold | 05/18/10 | J | | |
| 16. "":Huron Consulting Group (common) | A | Dividend | | | Sold | 04/30/10 | J | | |
| 17. "":McDonalds Corp (common) | A | Dividend | | | Sold | 04/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. "":Petroleo Brasileiro (common) | A | Dividend | | | Sold | 04/30/10 | J | | |
| 19. "":Procter & Gamble (common) | A | Dividend | | | Sold | 05/20/10 | J | | |
| 20. "":Valero Energy (common) | A | Dividend | J | T | | | | | |
| 21. "":Wellpoint Inc (common) | A | Dividend | | | Sold | 04/20/10 | J | | |
| 22. "":Ishares Inc MSCI Australia (mutual) | A | Dividend | | | Sold | 04/20/10 | J | | |
| 23. "":Ishares Inc MSCI Brazil (mutual) | A | Dividend | J | T | | | | | |
| 24. "":Alliance Bernstein (holding) | A | Dividend | | | Sold | 08/31/10 | J | | |
| 25. Baidu Inc Ads Repsntg CL A (common) | A | Dividend | J | T | Buy | 10/18/10 | J | | |
| 26. Banco Santander Brasil Ads (common) | A | Dividend | J | T | Buy | 08/02/10 | J | | |
| 27. Berkshire Hathaway Inc New CL A (common) | A | Dividend | J | T | Buy | 01/22/10 | J | | |
| 28. Chevron Corp (common) | A | Dividend | J | T | Buy | 01/26/11 | J | | |
| 29. Coach Inc (common) | A | Dividend | J | T | Buy | 12/30/10 | J | | |
| 30. Deere and Co (common) | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 31. Ebix Inc (common) | A | Dividend | J | T | Buy | 09/24/10 | J | | |
| 32. Ford Motor Co Com (common) | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 33. Lear Corp Com (common) | A | Dividend | J | T | Buy | 12/01/10 | J | | |
| 34. National Grid PLC (common) | A | Dividend | J | T | Buy | 07/22/10 | J | | |

1. Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)          U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Proshares Tr Credit Suisse (common) | A | Dividend | J | T | Buy | 02/11/11 | J | | |
| 36. Radware Ltd ILS (common) | A | Dividend | J | T | Buy | 12/06/10 | J | | |
| 37. Seadrill Ltd US Line (common) | A | Dividend | J | T | Buy | 09/02/10 | J | | |
| 38. Terra Nitrogen Co Lp (common) | A | Dividend | J | T | Buy | 10/31/10 | J | | |
| 39. Total S.A. France Spon ADR (common) | A | Dividend | J | T | Buy | 05/27/10 | J | | |
| 40. UBS (IRAs▮▮▮▮ : Liquid Asset | A | Interest | J | T | | | | | |
| 41. "":CitiGroup (common) | A | Dividend | J | T | | | | | |
| 42. "":Alcoa (common) | A | Dividend | | | Sold | 03/02/10 | J. | | |
| 43. "":Am.Electric Power (common) | A | Dividend | | | Sold | 01/21/10 | J | | |
| 44. "":Bank of America (common) | A | Dividend | | | Sold | 01/15/10 | J | | |
| 45. "":BP (common) | A | Dividend | | | Sold | 04/29/10 | J | | |
| 46. "":China Yuchai Intl (common) | A | Dividend | J | T | | | | | |
| 47. "":Chiquita Brands (common) | A | Dividend | | | Sold | 09/24/10 | J | | |
| 48. "":Companhia De Saneamento (common) | A | Dividend | | | Sold | 02/08/11 | J | | |
| 49. "":Gilead Sciences (common) | A | Dividend | | | Sold | 06/08/10 | J | | |
| 50. "":Hartford Fincl Services (common) | A | Dividend | J | T | | | J | | |
| 51. "":Huron Consulting Group (common) | A | Dividend | | | Sold | 04/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. "":McDonalds Corp (common) | A | Dividend | J | T | | | | | |
| 53. "":Petroleo Brasileiro (common) | A | Dividend | | | Sold | 12/14/10 | J | | |
| 54. "":Procter & Gamble (common) | A | Dividend | | | Sold | 05/20/10 | J | | |
| 55. "":Valero Energy (common) | A | Dividend | | | Sold | 02/08/10 | J | | |
| 56. "":Veolia Environnement (common) | A | Dividend | | | Sold | 07/01/10 | J | | |
| 57. "":Wellpoint Inc (common) | A | Dividend | | | Sold | 07/01/10 | J | | |
| 58. "":Ishares Inc MSCI Australia (mutual) | A | Dividend | | | Sold | 07/01/10 | J | | |
| 59. "":Ishares Inc MSCI Brazil (mutual) | A | Dividend | J | T | | | | | |
| 60. "":Alliance Bernstein (holding) | A | Dividend | | | Sold | 08/31/10 | J | | |
| 61. Apple (common) | A | Dividend | J | T | Buy | 06/24/10 | J | | |
| 62. Baidu Inc Ads Repsntg CL A (common) | A | Dividend | J | T | Buy | 09/20/10 | J | | |
| 63. Banco Santander Brasil Ads (common) | A | Dividend | J | T | Buy | 08/02/10 | J | | |
| 64. Berkshire Hathaway Inc New CL B (common) | A | Dividend | J | T | Buy | 01/22/10 | J | | |
| 65. Chevron Corp (common) | A | Dividend | J | T | Buy | 01/26/11 | J | | |
| 66. Coach Inc (common) | A | Dividend | J | T | Buy | 12/30/10 | J | | |
| 67. Deere and Co (common) | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 68. Du Pont De Nemours (common) | A | Dividend | J | T | Buy | 10/25/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Ebix Inc (common) | A | Dividend | J | T | Buy | 09/24/10 | J | | |
| 70. Ford Motor Co Com (common) | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 71. National Grid PLC (common) | A | Dividend | J | T | Buy | 07/22/10 | J | | |
| 72. Proshares Tr Credit Suisse(common) | A | Dividend | J | T | Buy | 02/11/11 | J | | |
| 73. Radware Ltd ILS (common) | A | Dividend | J | T | Buy | 12/06/10 | J | | |
| 74. Seadrill Ltd US Line (common) | A | Dividend | J | T | Buy | 09/02/10 | J | | |
| 75. Terra Nitrogen Co Lp Com Unit (common) | A | Dividend | J | T | Buy | 10/31/10 | J | | |
| 76. Total S.A. France Spon ADR (common) | A | Dividend | J | T | Buy | 05/27/10 | J | | |
| 77. UBS (Edu. IRA)▇ Liquid Asset | A | Interest | J | T | | | | | |
| 78. "":Blackrock Global Allocation Fund | A | Dividend | J | T | | | | | |
| 79. UBS (Edu. IRA)▇ Liquid Asset | A | Interest | J | T | | | | | |
| 80. "":Blackrock Global Allocation Fund | A | Dividend | J | T | | | | | |
| 81. UBS▇ Liquid Asset | A | Interest | J | T | | | | | |
| 82. "":Alcoa (common) | A | Dividend | | | Sold | 03/02/10 | J | | |
| 83. "":Am.Electric Power (common) | A | Dividend | | | Sold | 01/21/10 | J | | |
| 84. "":Bank of America (common) | A | Dividend | | | Sold | 01/15/10 | J | | |
| 85. "":BP (common) | A | Dividend | | | Sold | 04/29/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. "":China Yuchai Intl (common) | A | Dividend | J | T | | | | | |
| 87. "":Chiquita Brands (common) | A | Dividend | | | Sold | 09/24/10 | J | | |
| 88. "":Companhia De Saneamento (common) | A | Dividend | | | Sold | 02/08/10 | J | | |
| 89. "":Gilead Sciences (common) | A | Dividend | | | Sold | 06/08/10 | J | | |
| 90. "":Hartford Fincl Services (common) | A | Dividend | | | Sold | 06/08/10 | J | | |
| 91. "":Huron Consulting Group (common) | A | Dividend | | | Sold | 04/30/10 | J | | |
| 92. "":McDonalds Corp (common) | A | Dividend | J | T | | | | | |
| 93. "":Petroleo Brasileiro (common) | A | Dividend | | | Sold | 12/14/10 | J | | |
| 94. "":Procter & Gamble (common) | A | Dividend | | | Sold | 05/20/10 | J | | |
| 95. "":Valero Energy (common) | A | Dividend | J | T | | | | | |
| 96. "":Veolia Environnement (common) | A | Dividend | | | Sold | 07/01/10 | J | | |
| 97. "":Wellpoint Inc (common) | A | Dividend | | | Sold | 07/01/10 | J | | |
| 98. "":Ishares Inc MSCI Australia (mutual) | A | Dividend | | | Sold | 07/01/10 | J | | |
| 99. "":Ishares Inc MSCI Brazil (mutual) | A | Dividend | J | T | | | | | |
| 100. "":Alliance Bernstein (holding) | A | Dividend | | | Sold | 08/31/10 | J | | |
| 101. Apple (common) | A | Dividend | J | T | Buy | 06/24/10 | J | | |
| 102. Baidu Inc Ads Repsntg CL A (common) | A | Dividend | J | T | Buy | 09/20/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Banco Santander Brasil Ads (common) | A | Dividend | J | T | Buy | 08/02/10 | J | | |
| 104. Berkshire Hathaway Inc New CL B (common) | A | Dividend | J | T | Buy | 01/22/10 | J | | |
| 105. Chevron Corp (common) | A | Dividend | J | T | Buy | 01/26/11 | J | | |
| 106. Coach Inc (common) | A | Dividend | J | T | Buy | 12/30/10 | J | | |
| 107. Deere and Co (common) | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 108. Du Pont De Nemours (common) | A | Dividend | J | T | Buy | 10/25/10 | J | | |
| 109. Ebix Inc (common) | A | Dividend | J | T | Buy | 09/24/10 | J | | |
| 110. Ford Motor Co Com (common) | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 111. National Grid PLC (common) | A | Dividend | J | T | Buy | 07/22/10 | J | | |
| 112. Proshares Tr Credit Suisse (common) | A | Dividend | J | T | Buy | 02/11/11 | J | | |
| 113. Radware Ltd ILS (common) | A | Dividend | J | T | Buy | 12/06/10 | J | | |
| 114. Seadrill Ltd US Line (common) | A | Dividend | J | T | Buy | 09/02/10 | J | | |
| 115. Terra Nitrogen Co Lp Com Unit (common) | A | Dividend | J | T | Buy | 10/31/10 | J | | |
| 116. Total S.A. France Spon ADR (common) | A | Dividend | J | T | Buy | 05/27/10 | J | | |
| 117. UBS▮ Liquid Asset | A | Interest | J | T | | | | | |
| 118. "":Las Vegas Sands (common) | A | Dividend | | | Sold | 01/28/10 | J | | |
| 119. "":Powershares Exchange (mutual) | A | Interest | | | Sold | 03/18/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   China Yuchai Int'l Limited (common) | A | Dividend | J | T | Buy | 08/06/10 | J | | |
| 121.   Regions Bank (savings)▮▮ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/16/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Myron H. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544